IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 1:21-cr-00073-BAH-2 |
| | : | |
| NICHOLAS R. OCHS | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ADOPTION OF MOTION

COMES NOW Nicholas Ochs, by counsel, and hereby gives notice that he adopts in full the Motion to Dismiss Counts One and Two of the Indictment in this case. (DE 55)

Dated: December 14, 2021          **NICHOLAS OCHS**
                                  **By Counsel**

                                  _____/s/_____
                                  Edward B. MacMahon, Jr. (VSB # 25432)
                                  Edward B, MacMahon, Jr., PLC
                                  107 East Washington Street
                                  P. O. Box 25
                                  Middleburg, Virginia  20118
                                  (540) 687-3902
                                  (540) 687-6366 (facsimile)
                                  ebmjr@macmahon-law.com
                                  *Counsel for Nicholas Ochs*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

               _____/s/_____
               Edward B. MacMahon, Jr. (VSB # 25432)
               Edward B. MacMahon, Jr., PLC
               107 East Washington Street
               P. O. Box 25
               Middleburg, Virginia  20118
               (540) 687-3902
               (540) 687-6366 (facsimile)
               ebmjr@macmahon-law.com
               *Counsel for Nicholas Ochs*