IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 1:21-cr-00073-BAH-2 |
| | : | |
| NICHOLAS R. OCHS | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

COMES NOW Nicholas Ochs, by counsel, and for his Consent Motion for Continuance of Status Conference, states as follows:

1. On November 2, 2021, this Honorable Court set a Status Conference in this case for January 14, 2022 at noon.

2. Counsel for Mr. Ochs realized late today that he had inadvertently scheduled a medical appointment for the exact date and time of the Status Conference which medical appointment will be difficult to reschedule in a timely manner. Counsel apologizes to the Court for this oversight but has also contacted the attorney for the United States, Ms. Loeb, and Mr. Decarlo's counsel Mr. Feitel, to determine if they would, as a courtesy, consent to a brief continuance to accommodate my scheduling error. Both counsel have agreed to a brief continuance and are available Wednesday January 19th anytime after 2:30 p.m., and both Thursday and Friday January 20 or 21 after noon.

3. Counsel again apologizes to the court for this mistake but respectfully requests a brief continuance for good cause shown on any of the three dates set forth above.

Wherefore, the defendant requests that the instant motion be granted. A proposed order is attached.

                                                                       /s/
                                      Edward B. MacMahon, Jr. (DCB # 411165)
                                      Edward B, MacMahon, Jr., PLC
                                      107 East Washington Street
                                      P. O. Box 25
                                      Middleburg, Virginia 20118
                                      (540) 687-3902
                                      (540) 687-6366 (fax)
                                      ebmjr@macmahon-law.com
                                      *Counsel for Nicholas R. Ochs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record

                                                   /s/
                                      Edward B. MacMahon, Jr. (DCB # 411165)
                                      Edward B. MacMahon, Jr., PLC
                                      107 East Washington Street
                                      P. O. Box 25
                                      Middleburg, Virginia  20118
                                      (540) 687-3902
                                      (540) 687-6366 (facsimile)
                                      ebmjr@macmahon-law.com
                                      *Counsel for Nicholas R. Ochs*