Dear Judge Howell,

As Nick's wife, I only ask you to be fair. I won't ask for anything special just because I love him and don't want him away from our son, our soon-to-be-born child, and myself. He broke the law and it's your job to say what happens to him now. I understand this.

After watching my hometown of Philadelphia get ripped apart by rioters, I felt numb. I felt angry. I also felt like I'd seen it before, because I had seen it in most other major US cities. What I didn't see was similar outrage to my own on TV or in print. I didn't see the seriousness of places I loved getting set on fire expressed in the media. Instead, I heard about how it was "mostly peaceful."

After January 6, I saw this same discrepancy creep into our justice system. Non-violent January 6 convicts have been given crushing sentences, years even, while people I personally know in Philadelphia who were involved in objectively more destructive crimes (with serious violence against police) were treated much more leniently by the courts. Mass media certainly reported on the capitol riot in a much more serious tone, and I can't help but wonder if this has influenced sentencing in other cases.

I don't want the people arrested in either riot to be crushed anymore. Both crowds have legitimate reasons to be angry and both crowds expressed that anger poorly. Black Live Matter rioters might be holding signs about police violence but it's a lot more than that that set them off. It's where I come from, and I understand it. These are my people. Neighbors and friends. Family. Their lives are not easy and they made themselves heard.

The mostly rural and white MAGA riot crowd may have been yelling about an election but it's a lot more than that that made them wild in DC. This is where my husband comes from, and I've come to see the hurt that lives in small town red state America too. I also see that not too many outside of either of these kinds of lives know much about what makes them tick.

I read an article about how debt burdened most of the people who were arrested at the capitol are now. Most BLM rioters don't come from money either. My own family is struggling financially. Frankly, we're poor. Perhaps it's time to see the parallels between the "two Americas" that seem to exist right now and work toward equal treatment under the law. This doesn't mean no punishment or no jail. This would mean comparable punishment.

I am told you have a reputation for fairness. I don't think you would hold the respected position that you do if you were not a fair judge. I'd like my husband to be next to me for the birth of our child.

Sincerely,

Shawna Ochs

