Honorable Beryl A. Howell,

My name is Patrick Musser and I have known Nick Ochs as long as I can remember as he is my cousin. In my professional life I am a Commercial Real Estate Appraiser in Lexington, KY. It may not be important to note but I was also a former Officer in The United States Marine Corps and served on active duty from 2008-2012 with a year of that time deployed in Afghanistan. Nick's Father, Steve Ochs (Maj. Steven Ochs USMC Ret.), who died in 2010, is the reason I joined the Marine Corps. He was truly a great man and is the embodiment of the saying only the good die young. The loss of Steve has deeply affected this family.

I believe that I know who Nick Ochs is at his core very well. Nick has a big heart. Nick is also a person who likes to be on the edge of controversy never one to actively participate in it. He seems to enjoy being present where the action is happening but generally takes none. The invention of social media has been perfect for Nick because it is passively provocative. Those two words describe Nick very well. To be very clear, I think Nick was not wise for traveling to Washington DC in January of 2021, let alone the idea of setting foot in the US Capitol building.

I last saw Nick, his wife, and son Archer in April of 2022 when I hosted them at my home in Lexington for an evening. I have several siblings with families and displaying genuine love is difficult to fabricate but easy to recognize. I could tell Nick was an above average husband and father. Nick has every reason to learn from this massive mistake and choose a path that is different than the one that put him in this position.

Thank you,

*Patrick Musser* (signature)

Patrick Musser