To whom it may concern.

       This letter is a character witness statement on behalf of Nick Ochs. My name is Michael Trejo of Honolulu Hawaii. I was first introduced to Nick back in the spring of 2012. Nick and myself were both assigned to Charlie Company First Battalion Third Marine Regiment out of Marine Corps Base Hawaii Kaneohe Bay. Nick was attached to my rifle platoon as a weapons platoon attachment during training on the big island of Hawaii. We then went on to complete many other training events together and two deployments, while getting to know Nick on a professional and personal level.

       How I would describe Nick personality wise is first he is an empathetic and a kind person, regardless of what the people in the media portray him to be. I have personally seen him help people countless times while in service to this country, and have seen him show understanding compassion for his brothers who have asked him for help or to just listen to their struggles to include myself.

       All of these things being said about Nick are the complete opposite of the type of person Nick is. The Nick that I know and that served with in the United States Marine Corps is a patriot a father a brother and a son. He loves this country and his family, seeing personally myself how happy he was holding his newborn son is a prime example of the person who Nick is a kind compassionate human being.

Thank you for taking the time to read this letter.
Sincerely Former Lcpl Michael Trejo USMC