To whom this may concern.

This letter is a character witness statement on behalf of Nick Ochs. My name is John Tierney of Sanford Florida. I was first introduced to Nick back in spring of 2012. Both of us were assigned and stationed together with Charlie Company 1st Battalion / 3rd Marine Regiment at Marine Corps Base Hawaii. We served together as piers and after a deployment Former CPL Nick Ochs became my subordinate. I trained and have trained with him for 3 years of our service together. Knowing him both professionally and personally. Through our deployments and training, I've grew to know Nick very well and consider him to be a brother to me.

The best way for me to describe Nick, would be to say that he is amenable, broad-minded, and a forbearing person. Even though Nick tends to learn more conservative in political views, he is very open minded and understanding. I would personally say he is a very empathetic person as well. Over the last few years Nick has decided to start a pod-casting/news outlet online. Nick has also been moving forward and getting involved in community outreach, organizing, and helping to bring a voice to republicans in a Hawaii a very democratic state. I've personally witnessed the rude and absence gestures and how people have reacted towards him for just wearing a hat and for making a compelling argument in a debate. I also find it disturbing how he's been treated by elected officials who have opposed him in local areas. It seems that it is now acceptable to slander people just because of who they voted for.

I've personally seen Nick, help and assist people overseas. From assisting a elderly Korean woman cross a subway platform, to help a Thai man after crashing and falling of his moped. These acts speak miles for Nick when he could have walked away. Now, these past good deeds do not excuse Nick Ochs form current events and his current situation. What I can hope is, my worlds will paint a new light on how he is as a man, and not how he is perceived by social media, or someone who will benefit form discrediting him. Nick Ochs served his country honorably, he's a Patriot and a all around good human being in a age where everyone is out for themselves. This man would never instigate violence if there was a choice of a civil resolution.

Thank you for taking the time to read this letter.
Sincerely Former Cpl John Tierney USMC