To The Honorable Judge Beryl Howell

My name is Jeff Shoup I am writing this letter on behalf of Nick Ochs. I have known Nick since he was a freshman in high school. My first interactions were with Nick as his high school swim coach. Nick was an average swimmer who gave his best effort during practices and meets. He was always respectful to me as his coach and teacher.

I recall my first interaction with Nick was when I learned his last name. When he told me his last name was Ochs, I asked him if his dad was Steve Ochs. He said yes, and I shared with him that I grew up with his dad and swam on the swim team together.

If you knew Steve Ochs, you knew that he was a proud American and all he ever wanted was to be a Marine and serve his country. He enlisted in the Marines and rose to the rank of Major which is a very difficult task for an enlisted Marine, but Steve was an exceptional Marine with a drive and motivation that was second to none.

These characteristics and values he instilled in his three sons. Steve was a proud Marine and equally proud to raise and mentor his sons. Steve's passing twelve years ago was an extremely difficult time for Nick and his family. Losing a parent was a pivotal time in Nick's life as well. Prior to his father's passing, the last desire Nick had was to become a Marine, but this quickly changed for him. To everyone's surprise he enlisted in the Marine Corps and served honorably.

Nick is now a proud father and trying to set a good example for his son just as his father did for him. I believe Nick's passion was in the right the place, but he made a misguided decision leading to his current situation. I am certain part of the reason that he made his poor choice is his great love for his father and this country. Although his effort was well intentioned, he made an unfortunate choice.

Respectfully submitted,

Captain Jeff Shoup USMCR

*Jeff Shoup*