IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

     :

v.      :     Criminal No.:  1:21-cr-00073-BAH-2

     :

NICHOLAS R. OCHS      :

     :

Defendant.      :

**FIRST SUPPLEMENTAL EXHIBIT TO DEFENDANT'S MEMORANDUM
IN SUPPORT OF HIS POSITION WITH RESPECT TO SENTENCING**

Nicholas R. Ochs, by counsel, respectfully submits this First Supplemental Exhibit to his

Memorandum in Support of his Position on Sentencing (Doc 98).

Respectfully submitted,
NICHOLAS R. OCHS
By Counsel

_____/s/_____
Edward B. MacMahon, Jr., VSB # 25432
LAW OFFICES OF EDWARD B. MACMAHON, JR.
P.O. Box 25
107 East Washington Street Middleburg,
VA 20188
(540) 687-3902 (T)
ebmjr@macmahon-law.com

**CERTIFICATE OF SERVICE**

I hereby certify on this 30th day of November, 2022, a true and accurate of the foregoing was served on all counsel of record via the Court's Electronic Filing System. I further certify that a copy was also sent by e-mail to Sherry Baker, Probation Officer, at sherry_baker@dcp.uscourts.gov.

\_\_\_\_/s/_____
Edward B. MacMahon, Esq.