To The Honorable Beryl Howell,

I am a long-time friend of Nick and currently serving far away from our hometown as a Foreign Service Officer with the Department of State. I am writing this letter on behalf of Nick in hopes of shedding some light on his complex and oft misunderstood personality and character in consideration of sentencing.

I have known Nick since middle school, where he quickly became known as nontraditionally intellectual, interesting, and universally likeable by all who he came to know – treating others equally regardless of their place in the reputation hierarchy within school. This remained true as years progressed, but Nick's path become rockier, with his goals further muddied by the company with whom he chose to engage as the years progressed. That came to change with Nick's later decision to join the Marine Corps.

Nick's father, Steve, was a hometown hero to those who knew him as a substitute teacher, and he was a deciding factor in my own decision to join the US Marine Corps as an officer. Though unfortunately delayed, Steve's influence factored into Nick's own decision to become a Marine, graduating after his father's sudden and untimely death in 2010.

Nick is one of the most principled individuals I know, with an unbending will to stand by his word (sometimes to his own detriment). His entry into the Marine Corps was challenging enough having lost his father, but he also became severely injured during training. Nick continued on with his long and difficult journey, and he did so – remarkably – with an entirely upbeat attitude, knowing he was entering into one of the most physically challenging and arduous specialties in the Marine Corps. This struck me as particularly significant, as he could have easily chosen to be medically discharged.

Nick's association with the Proud Boys – or rather the intent behind it – has been very poorly understood by those who would this as a target for his character assassination. Nick is extremely intelligent and often uses sarcasm and satire to express his views. The idea of the Proud Boys that resonated with Nick's principles and stylistic expression was the predominant theme of counterculture; born out of response to Western societal decay and the preaccepted castigation that would come with such self-titling.

Nick is one of the kindest and most compassionate men I know, willing to help rescue somebody in need or a stray animal to his own detriment. Nick is also principled enough that he is unafraid to say exactly what he wants to, regardless of what others think of him as a result – he will stick to his principles. Growing up agnostic and Asian in a small white Christian town, Nick consistently stuck up for me and others in the minority. Even within his own family, Nick has stood for truth and reason in support of his mother where others failed. The mischaracterization of Nick as a 'sexist', 'racist', and 'bigot' couldn't be further from the truth.

With an unbending devotion to principle comes an inevitable compromise to executive decision making, reflected in the events and actions of January 6th. I do not believe a single mistake should override a lifetime of service, principled action, and compassion; nor should it compromise the next generation. Since Nick has become a father, his focus has been on being the best dad he can be, with something of a softening to principle out of necessity and obligation to his family. Like his father was, Nick is a one of the best men I know, and I have no doubt he will use his principles and talents more flexibly in the future to support his family and do good where he sees the need.

Respectfully Submitted,

Steven A.  Eakins