IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21CR00073-002 |
| v. | Hon. Beryl A. Howell |
| NICHOLAS R. OCHS, *Defendant*. | Sentencing: December 9, 2022, at 11:00 AM |

## RESPONSE TO COURT INQUIRY OF DECEMBER 5, 2022

COMES NOW Nicholas Ochs, by counsel, and in response to the Court's inquiry dated December 5, 2022, states that he has no objection to the new video excerpts provided by the Government on December 2, 2022, being made publicly available without restriction.

Respectfully submitted,

NICHOLAS R. OCHS
By Counsel

_____/s/_____
Edward B. MacMahon, Jr., VSB # 25432
LAW OFFICES OF EDWARD B. MACMAHON, JR.
P.O. Box 25
107 East Washington Street
Middleburg, VA 20188
(540) 687-3902 (T)
ebmjr@macmahon-law.com

## CERTIFICATE OF SERVICE

I hereby certify on this 29th day of November, 2022, a true and accurate of the foregoing was served on all counsel of record via the Court's Electronic Filing System.

_____/s/_____
Edward B. MacMahon, Esq.

1