## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-73 (BAH) |
| v. : | |
| : | |
| NICHOLAS DECARLO and : | |
| NICHOLAS OCHS, : | |
| : | |
| : | |
| Defendants. : | |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO TREAT THEIR MOTION UNDER 28 U.S.C. § 2255 AS CONCEDED

Having reviewed defendants' "Motion to Treat as Conceded" (ECF No. 114) and the government's response, it is hereby ORDERED that defendants' motion is denied.

IT IS FURTHER ORDERED that the government shall file any response to defendants' motion for relief under 28 U.S.C. § 2255 (ECF No. 112) by September 9, 2024.

IT IS FURTHER ORDERED that the government shall respond to defendants' request for release pending adjudication of that motion by _____, 2024.

IT IS SO ORDERED.


Dated: July     , 2024

                                                                   THE HON. BERYL A. HOWELL
                                                                   UNITED STATES DISTRICT JUDGE