UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    Case No. 21-CR-73 (BAH) |
| v. | : |
| | : |
| NICHOLAS DECARLO and | : |
| NICHOLAS OCHS, | : |
| | : |
| | : |
| **Defendants.** | : |

### UNITED STATES' MOTION TO DISMISS SECOND SUPERSEDING INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the Second Superseding Indictment against the defendant with prejudice. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this dismissal.

Respectfully submitted,

EDWARD R. MARTIN, JR.
Acting United States Attorney
D.C. Bar No. 481866

By:    /s/ *Jason McCullough*
JASON B.A. McCULLOUGH
DC Bar No. 998006; NY Bar No. 4544953
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-7233

jason.mccullough2@usdoj.gov